# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>YUE LIU,<br><br>                    Defendant. | Case No. 22-CR-45-JPS<br><br><br>**ORDER** |

On February 11, 2022, the Government returned an Information charging Defendant with violating 18 U.S.C. §§ 1343, 1957. ECF No. 1. That same day, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to both counts in the Information. ECF No. 2. Defendant subsequently filed a waiver of indictment. ECF No. 7.

The parties appeared before Magistrate Judge Nancy Joseph on March 9, 2022 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 5. Defendant entered a plea of guilty as to Counts One and Two of the Information. ECF No. 8 at 1. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offense. *Id*.

Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be

adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

On March 30, 2022, counsel for Defendant filed a letter requesting that the sentencing hearing scheduled for June 9, 2022 at 9:30 a.m. via videoconference instead occur in-person. ECF No. 11. The Government does not oppose this request. The Court will grant Defendant's request; the hearing will occur in-person.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 8, be and the same is hereby **ADOPTED;** and

**IT IS FURTHER ORDERED** that this matter be and the same is hereby scheduled for an in-person sentencing hearing on June 9, 2022 at 9:30 a.m. in Courtroom 425, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, 53202.

Dated at Milwaukee, Wisconsin, this 5th day of April, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge