**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **United States of America,** | |
| **Plaintiff** | **Case No. 22-CR-45** |
| **v.** | |
| **Yue Liu,** | |
| **Defendant**. | |

## DEFENDANT DR. LIU'S MOTION TO CONTINUE SENTENCING AND REQUEST FOR A VIRTUAL STATUS CONFERENCE

Defendant Dr. Yue Liu, by and through counsel, respectfully requests that the Court continue Dr. Liu's sentencing, which is currently scheduled for Thursday, June 12, 2025, and schedule a virtual status conference in one week, on Friday, June 20, 2025.[1]

Dr. Liu respectfully makes this request because nearly two weeks ago he tested positive for Covid-19 and is still experiencing severe symptoms. Dr. Liu and his counsel were hopeful that Dr. Liu would feel well enough to attend sentencing, however, as of this morning, Dr. Liu still has a high fever, severe vomiting, dizziness, and is bedridden.[2] Counsel has advised Dr. Liu to call an ambulance for treatment at an emergency room. It is critical that Dr. Liu recover from Covid-19 prior to his sentencing, because upon sentencing, it is very likely that Dr. Liu will immediately be taken into ICE custody, where he will not only endanger the ICE agents, but those at the detention facility, and that he will be unable to get care.

---

[1] June 19, 2025, Juneteenth, is a federal holiday.
[2] Dr. Liu's phone service has been cut off by his cell phone provider, so counsel is only able to communicate with Dr. Liu via e-mail at this time.

Due to his current physical condition, Dr. Liu is unable to safely travel and meaningfully participate at his sentencing currently scheduled for tomorrow morning. We respectfully request that the Court continue the sentencing hearing and schedule a virtual status conference in one week, which will hopefully allow Dr. Liu adequate time to recover, and appreciate the Court's understanding and consideration of this request.

Dated: June 11, 2025                                      Respectfully submitted,

                                                          */s/ Peter Zeidenberg*
                                                          Peter Zeidenberg
                                                          ArentFox Schiff LLP
                                                          1717 K Street, NW
                                                          Washington, DC 20006-5344
                                                          Phone: 202.857.6139
                                                          Fax: 202.857.6395
                                                          Email: peter.zeidenberg@afslaw.com
                                                          *Counsel to Defendant Yue Liu*